*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Wai Kwan Lo Phung
    Debtor(s)

Case No: 20−10781−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Continued hearing Re: Motion for Relief from Stay <i>re: 2531 Valley View Road, Bensalem, PA 19020</i> by THE BANK OF NEW YORK MELLON et al. Represented by REBECCA ANN SOLARZ

    on: 1/12/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/2/21

Timothy B. McGrath
Clerk of Court