| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10781-AMC**

| | |
|---|---|
| Wai Kwan Lo Phung | Petition Filed Date: 02/06/2020 |
| 2531 Valley View Road | 341 Hearing Date: 04/24/2020 |
| Bensalem  PA   19020 | Confirmation Date: 11/04/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2021 | $1,700.00 | | 06/03/2021 | $1,400.00 | | 10/26/2021 | $2,422.00 | |
| 01/18/2022 | $1,000.00 | | 03/10/2022 | $1,424.00 | | 06/09/2022 | $1,818.00 | |
| 07/26/2022 | $606.00 | | | | | | | |

**Total Receipts for the Period: $10,370.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,270.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Wai Kwan Lo Phung | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $7,272.06 | $0.00 | $7,272.06 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,330.05 | $0.00 | $4,330.05 |
| 3 | CACH, LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,692.01 | $0.00 | $2,692.01 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $1,980.27 | $0.00 | $1,980.27 |
| 6 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 006 | Unsecured Creditors | $16,443.02 | $0.00 | $16,443.02 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $24,687.17 | $7,464.24 | $17,222.93 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $1,910.20 | $0.00 | $1,910.20 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $3,781.08 | $0.00 | $3,781.08 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $705.47 | $0.00 | $705.47 |
| 11 | TD BANK USA NA<br>»» 011 | Unsecured Creditors | $1,526.50 | $0.00 | $1,526.50 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $512.17 | $0.00 | $512.17 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $844.77 | $0.00 | $844.77 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» 014 | Unsecured Creditors | $4,993.67 | $0.00 | $4,993.67 |
| 15 | BUCKS COUNTY TAX CLAIM BUREAU<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10781-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $2,950.00 | $2,950.00 | $0.00 |
| 16 | NATIONSTAR MORTGAGE LLC<br>»» 07P | Mortgage Arrears | $33,307.42 | $0.00 | $33,307.42 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $15,270.00 | | Current Monthly Payment: | $606.00 |
| Paid to Claims: | $10,414.24 | | Arrearages: | $606.00 |
| Paid to Trustee: | $1,315.60 | | Total Plan Base: | $32,844.00 |
| Funds on Hand: | $3,540.16 | | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.