### U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re  **WAI KWAN LO PHUNG**     :     **CHAPTER 13**

                                  :

      **Debtor(s)**               :     **BANKRUPTCY NO. 20-10781**

## <u>OBJECTION TO CERTIFICATION OF DEFAULT</u>

Debtor(s), Wai Kwan Lo Phung, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 on March 29, 2023. Debtors believe they can become current on all post-petition payments due under the January 17, 2022 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: April 5, 2023