*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Wai Kwan Lo Phung
    Debtor(s)

Case No: 20–10781–amc

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

    on: 5/17/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date:  4/7/23

For The Court

Timothy B. McGrath
Clerk of Court