United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Wai Kwan Lo Phung  
    Debtor

Case No. 20-10781-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 04, 2023      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wai Kwan Lo Phung, 2531 Valley View Road, Bensalem, PA 19020-2262 |
| 14545285 | + | Bucks County Tax Claim Bureau, 55 E. Court Street, Doylestown, PA 18901-4318 |
| 14648620 | + | THE BANK OF NEW YORK MELLON, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14464298 | + | Terminix/servicemaster, 150 Peabody Place, Memphis, TN 38103-3700 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 05 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | May 05 2023 00:10:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14483488 | + | Email/Text: g20956@att.com | May 05 2023 00:11:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER,, NJ 07921-2693 |
| 14473391 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2023 00:24:28 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14464284 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2023 00:24:20 | Cap1/wmt, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14464285 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2023 00:24:20 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14469097 | + | Email/PDF: ebn_ais@aisinfo.com | May 05 2023 00:24:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14464286 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2023 00:24:20 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14482872 | | Email/PDF: bncnotices@becket-lee.com | May 05 2023 00:24:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14494479 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2023 00:49:34 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14464287 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2023 00:11:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14464288 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2023 00:11:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14464289 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 05 2023 00:11:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14464290 | + | Email/PDF: creditonebknotifications@resurgent.com | May 05 2023 00:24:59 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14464293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2023 00:49:14 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14494480 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2023 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14464291 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 05 2023 00:10:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 14493899 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2023 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14464292 | + | Email/Text: PBNCNotifications@peritusservices.com | May 05 2023 00:10:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14473400 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2023 00:24:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14464294 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 05 2023 00:10:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14464295 | + | Email/Text: cedwards@ncsplus.com | May 05 2023 00:10:00 | Ntl Crdt Sys, 117 E 24th St, New York, NY 10010-2937 |
| 14492423 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14464296 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2023 00:26:22 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14493706 | + | Email/Text: bncmail@w-legal.com | May 05 2023 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14483718 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 05 2023 00:10:00 | THE BANK OF NEW YORK MELLON, P.O. Box 619096, Dallas TX 75261-9096 |
| 14464297 | + | Email/Text: bncmail@w-legal.com | May 05 2023 00:11:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14464299 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2023 00:24:25 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14480938 | + | Email/Text: RASEBN@raslg.com | May 05 2023 00:10:00 | The Bank of New York Mellon, c/o Robertson, Anschutz...et al, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 04, 2023 | Form ID: pdf900 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:**

**Name**              **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor The Bank of New York Mellon bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CAMERON DEANE
    on behalf of Debtor Wai Kwan Lo Phung cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor The Bank of New York Mellon cwohlrab@raslg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com

HAROLD N. KAPLAN
    on behalf of Creditor The Bank of New York Mellon hkaplan@rasnj.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 mfarrington@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Debtor Wai Kwan Lo Phung support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Wai Kwan Lo Phung

                Debtor

Chapter 13

Bankruptcy No. 20-10781-AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 3, 2023**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE